UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PATRICIA FILARDI

        Plaintiff(s),

    v.

YUMMY DONUTS AND SUBS, et al.



        Defendant(s).

CASE NO:
5:18–cv–01847–CJC–SP

**SCHEDULING ORDER**

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), now ORDERS as follows:

[1]  All discovery, including discovery motions, shall be completed by November 27, 2019.  Discovery motions must be filed and heard prior to this date.

[2]  The parties shall have until January 27, 2020 to file and have heard all other motions, including motions to join or amend the pleadings.

[3]  A pretrial conference will be held on **Monday, February 24, 2020 at 03:00 PM.  Full compliance with Local Rule 16 is required.**

[4]  The case is set for a **jury trial, Tuesday, March 3, 2020 at 08:30 AM.**

///

1

[5]  The parties are referred to ADR Procedure No. 2 – Court Mediation Panel.

2

The parties shall have until December 23, 2019 to conduct settlement proceedings.

3

4

5      IT IS FURTHER ORDERED that the Clerk of the Court shall serve copies of

6

this Order on counsel for the parties in this matter.

7

8

9      **IT IS SO ORDERED.**

10

DATED: February 8, 2019

11                                    _____

12                                    Cormac J. Carney
                                      United States District Judge

13

14     cc: ADR OFFICE

15

16

17

18

19

20

21

22

23

24

25

26

27

28