# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Patricia Filardi | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV 18-01847-CJC-(SPx) |
| v. | |
| Yummy Donuts And Subs, et al | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |
| DEFENDANT(S). | |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 7/8/2019 | 24 | First Amended Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

Counsel must seek leave from the Court in order to file an amended complaint.  The parties shall submit a request for leave to file an amended complaint no later than July 19, 2019.  Please consult F.R.Civ.P.

Clerk, U.S. District Court

Dated: July 16, 2019

By: Gabriela Garcia
Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge