JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| PATRICIA FILARDI,<br><br>  Plaintiff,<br><br>  v.<br><br>YUMMY DONUTS AND SUBS, PAUL SOTO and TANNIS SOTO, as individuals and trustees of the P. AND T. SOTO REVOCABLE TRUST DATED MARCH 14, 2012, and DOES 1–10,<br><br>  Defendants. | Case No.: EDCV 18-01847-CJC(SPx)<br><br>JUDGMENT |

This action came before the Court on Defendant Yummy Donuts and Subs' Motion for Summary Judgment and Plaintiff's Motion to Amend the Complaint to substitute Defendants Paul Soto and Tannis Soto.

-1-

As set out in the Court's concurrently issued orders, judgment is entered in favor of Defendant Yummy Donuts, and Plaintiff's claims against Defendants Paul Soto and Tannis Soto are dismissed.  Accordingly, this case is **DISMISSED IN ITS ENTIRETY**.

DATED: January 14, 2020

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE